1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ARIZONA

9

10   Nathan King,                          )   No.  CIV  09-520-TUC-DCB (JCG)
                                           )
11              Plaintiff,                 )
                                           )   **REPORT & RECOMMENDATION**
12   vs.                                   )
                                           )
13   Michael J. Astrue,                    )
                                           )
14              Defendant.                 )
                                           )
15   ─────────────────────────────────────

16          Pending before the Court is a Motion to Dismiss filed by Plaintiff on April 2,

17   2010. (Doc. No. 24.)[1]  Plaintiff's Motion indicates that a favorable decision has been

18   issued by the Commissioner in Plaintiff's Social Security Disability claim.  Plaintiff

19   seeks dismissal of his pending Social Security appeal as well as dismissal of a

20   previously-filed Motion for Injunctive Relief.  Plaintiff's Motion indicates that the

21   government consents to the requested relief.

22          Pursuant to the Rules of Practice in this Court, the matter was assigned to

23   Magistrate Judge Guerin for a report and recommendation.  Upon review of the

24   Motion and good cause appearing, the Magistrate recommends that Plaintiff's Motion

25   to Dismiss (Doc. No. 24) be GRANTED.  Pursuant to 28 U.S.C. § 636(b), any party

26

27
        ──────────────────────
28        [1] Plaintiff filed the pending motion twice, because the first motion did not
     include Plaintiff's attorney's signature. (Doc. No. 23.)

1  may serve and file written objections within 14 days of being served with a copy of

2  this Report and Recommendation.  If objections are not timely filed, they may be

3  deemed waived.  If objections are filed, the parties should use the following case

4  number: **09-520-TUC-DCB.**

5      DATED this 13th day of April, 2010.

6

7

8

9      _____

        Jennifer C. Guerin
10      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                        -2-