1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

8

Nathan King,                                    )
                                                )
9                    Plaintiff,                  )
                                                )
10   v.                                          )          CV 09-520 TUC DCB(JCG)
                                                )
11   Michael  J.  Astrue,  Commissioner  of  Social)       **O R D E R**
     Security,                                   )
12                                               )
                                                )
13                    Defendant.                 )
     _____)

14

15                            STANDARD OF REVIEW

16          The duties of the district court, when reviewing a Report and Recommendation of a

17   Magistrate Judge, are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28

18   U.S.C. § 636(b)(1).  The district court may "accept, reject, or modify, in whole or in part, the

19   findings or recommendations made by the magistrate judge." Fed.R.Civ.P. 72(b), 28 U.S.C. §

20   636(b)(1).  When the parties object to a Report and Recommendation (R&R), "[a] judge of the

21   [district] court shall make a de novo determination of those portions of the [R&R] to which

22   objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn,* 474 U.S. 140, 149-50 (1985).

23   When no objections are filed, the district court does not need to review the R&R *de novo*. *Wang*

24   *v. Masaitis,* 416 F.3d 992, 1000 n. 13 (9th Cir.2005); *United States v. Reyna-Tapia,* 328 F.3d

25   1114, 1121-22 (9th Cir.2003) (en banc).

26                            Report and Recommendation

27          On April 13, 2010, the Honorable Jennifer C. Guerin, United States Magistrate Judge,

28   filed a R&R in this action.  The R&R advises the Court to grant the Plaintiff's Motion to Dismiss

the action because the matter has been favorably resolved by the Commissioner. Accordingly, there has been no objection to the R&R.

The Court has reviewed the R&R and considers it to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989). The R&R shall, therefore, be accepted pursuant to 28 U.S.C. § 636(b)(1). The Court adopts the recommendation of the Magistrate Judge.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation [Doc. # 25] is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss [Doc. # 24] is GRANTED consistent with the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

DATED this 4th day of May, 2010.

David C. Bury
United States District Judge